IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LEIGH A. KILBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:09-CV-1134 |
| | ) | |
| WYATT, TARRANT & COMBS, LLP, | ) | |
| WYATT, TARRANT & COMBS, LLP | ) | |
| LONG-TERM DISABILITY PLAN, and | ) | |
| THE PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

*ORD SK*
*The motion*
*is GRANTED*
*[signature]*

## MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD UNDER SEAL

The Prudential Insurance Company of America ("Defendant") moves this Court for leave to file the administrative recorder under seal.

Defendant states that documents within the administrative record contain confidential personal information, including medical records/health information and other personal confidential information, which if made public could harm Plaintiff's interests. Defendant has consulted with Plaintiff's counsel, and Plaintiff's counsel consents to these documents being filed under seal.

WHEREFORE, Defendant requests that it be granted leave to file the above-referenced documents under seal.

This 7th day of April, 2010.