IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LEIGH A. KILBY, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:09-01134 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| WYATT, TARRANT & COMBS, LLP, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the parties' stipulation of voluntary dismissal (Docket Entry No. 28).

Accordingly, this action is **DISMISSED with prejudice**. Each party will bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 18th day of June, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge